IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WARREN KEITH HOLLISTER and RUSSELL BRADLEY<br>    Plaintiffs,<br><br>v.<br><br>VERDEL MCCANT; RAINWATER LEASING, LTD.; TOTAL HIGHWAY MAINTENANCE, LLC; and LIBERTY MUTUAL FIRE INSURANCE COMPANY;<br>    Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:16-cv-03207 |

## NOTICE OF SETTLEMENT

The parties have agreed to resolve this dispute by way of settlement. The parties anticipate that an agreed dismissal will be filed within the following 30 days.

Respectfully submitted,

/s/ Michael C. Lawrence
MICHAEL C. LAWRENCE, *Attorney-in-Charge*
State Bar No. 00784453
Law Offices of Gallerson & Yates
2110 Walnut Hill Lane, Suite 200
Irving, TX 75038
TEL: 469-242-8953
FAX: 855-614-6695
irvinglegalmail@libertymutual.com
ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served in accordance with the Federal Rules Of Civil Procedure on this 7th day of May 2018 upon the following counsel of record:

**Email: sbourgeois@fdesalvo.com**
Shannon R Bourgeois
Frank G. Desalvo, APLC
739 Baronne Street
New Orleans, Louisiana 70113
*Attorney for the Plaintiffs*

                                            /s/ Michael C. Lawrence
                                            MICHAEL C. LAWRENCE